HOWARD C. KIM, ESQ.
Nevada Bar No. 10386
E-mail: howard@hkimlaw.com
DIANA S. CLINE, ESQ.
Nevada Bar No. 10580
E-mail: diana@hkimlaw.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
HOWARD KIM & ASSOCIATES
1055 Whitney Ranch Drive, Suite 110
Henderson, Nevada 89014
Telephone: (702) 485-3300
Facsimile: (702) 485-3301

*Attorneys for* David A. Rosenberg, Chapter 7 Trustee

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HARVEY A. BOOKSTEIN, Accountancy Corporation, et. al., <br><br> Movants, <br><br> v. <br><br> DAVID A. ROSENBERG, Chapter 7 Trustee, <br><br> Plaintiff. | DISTRICT CASE No.: <br> 2:12-cv-627-MMD-RJJ <br><br><br><br> STIPULATION AND ORDER TO DISMISS ACTION |

Plaintiff/Trustee David A. Rosenberg and Defendants Harvey A. Bookstein, an individual, Harvey A. Bookstein, an Accountancy Corporation, HAR-Airport, LLC, HAR-San Jacinto Partners, LLC, HAR-Bronson Diversified LLC, and HAR-SJS Partners, LLC, (the defendants, collectively "the Bookstein Defendants"), by and through their attorneys of record, hereby stipulate and agree to the following:

1.      The above-captioned case number 2:12-cv-627-MMD-RJJ shall be dismissed;

2.      The related case, *Rosenberg v. Bookstein, An Accountancy Corporation, et al.,* case number 2:12-cv-01797-MMD-NJK, shall be dismissed;

HOWARD KIM & ASSOCIATES
1055 WHITNEY RANCH DRIVE, SUITE 110
HENDERSON, NEVADA 89014
(702) 485-3300 FAX (702) 485-3301

- 1 -

3.    All parties to bear their own fees and costs.

DATED this 12th day of November, 2013

HOWARD KIM & ASSOCIATES

Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
1055 Whitney Ranch Dr., Suite 110
Henderson, Nevada 89014
Phone:  (702) 485-3300
Fax:      (702) 485-3301

*Attorneys for David A. Rosenberg,*
*Chapter 7 Trustee*

DATED this 12 day of November, 2013

SCHWARTZER AND MCPHERSON

Lenard E. Schwartzer, Esq.
Nevada Bar No. 399
2850 South Jones Blvd., Suite 1
Las Vegas, Nevada 89146
Phone:  (702) 228 7590
Fax:      (702) 892-0122

DATED this ___ day of November, 2013

GLASER WEIL FINK JACOBS
HOWARD AVCHEN & SHAPIRO LLP

Sean Riley, Esq.
California Bar No. 123533
(*pro hac vice*)
10242 Constellation Blvd., 19th Floor
Los Angeles, California 90067
Phone:  (310) 553-3000
Fax:      (310) 843-2661

*Attorneys for Harvey A. Bookstein, a*
*California Accountancy Corporation,*
*Harvey A. Bookstein, an individual, HAR-*
*Airport, LLC, HAR-San Jacinto Partners,*
*LLC, HAR-Bronson Diversified, LLC, and*
*HAR-SJS Partner, LLC*

## ORDER

**IT IS SO ORDERED.**

                    12th
DATED this ___ day of November, 2013

_____
UNITED STATED DISTRICT JUDGE

HOWARD KIM & ASSOCIATES
1055 WHITNEY RANCH DRIVE, SUITE 110
HENDERSON, NEVADA 89014
(702) 485-3300 FAX (702) 485-3301

- 2 -