HOWARD C. KIM, ESQ.
Nevada Bar No. 10386
E-mail: howard@hkimlaw.com
DIANA S. CLINE, ESQ.
Nevada Bar No. 10580
E-mail: diana@hkimlaw.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
HOWARD KIM & ASSOCIATES
1055 Whitney Ranch Drive, Suite 110
Henderson, Nevada 89014
Telephone: (702) 485-3300
Facsimile: (702) 485-3301

*Attorneys for* David A. Rosenberg, Chapter 7 Trustee

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HARVEY A. BOOKSTEIN, Accountancy Corporation, et. al., <br><br> Movants, <br><br> v. <br><br> DAVID A. ROSENBERG, Chapter 7 Trustee, <br><br> Plaintiff. | DISTRICT CASE No.: <br> 2:12-cv-627-MMD-RJJ <br><br><br><br> **STIPULATION AND ORDER TO DISMISS ACTION** |

Plaintiff/Trustee David A. Rosenberg and Defendants Harvey A. Bookstein, an individual, Harvey A. Bookstein, an Accountancy Corporation, HAR-Airport, LLC, HAR-San Jacinto Partners, LLC, HAR-Bronson Diversified LLC, and HAR-SJS Partners, LLC, (the defendants, collectively "the Bookstein Defendants"), by and through their attorneys of record, hereby stipulate and agree to the following:

1. The above-captioned case number 2:12-cv-627-MMD-RJJ shall be dismissed;

2. The related case, *Rosenberg v. Bookstein, An Accountancy Corporation, et al.*, case number 2:12-cv-01797-MMD-NJK, shall be dismissed;

- 1 -

3. All parties to bear their own fees and costs.

| DATED this 12th day of November, 2013 | DATED this 12 day of November, 2013 |
|---|---|
| HOWARD KIM & ASSOCIATES | SCHWARTZER AND MCPHERSON |
| *signature* | *signature* |
| Jacqueline A. Gilbert, Esq.<br>Nevada Bar No. 10593<br>1055 Whitney Ranch Dr., Suite 110<br>Henderson, Nevada 89014<br>Phone: (702) 485-3300<br>Fax:     (702) 485-3301<br><br>*Attorneys for David A. Rosenberg, Chapter 7 Trustee* | Lenard E. Schwartzer, Esq.<br>Nevada Bar No. 399<br>2850 South Jones Blvd., Suite 1<br>Las Vegas, Nevada 89146<br>Phone: (702) 228 7590<br>Fax:     (702) 892-0122<br><br>DATED this ___ day of November, 2013<br><br>GLASER WEIL FINK JACOBS<br>HOWARD AVCHEN & SHAPIRO LLP<br><br>*signature*<br><br>Sean Riley, Esq.<br>California Bar No. 123533<br>(*pro hac vice*)<br>10242 Constellation Blvd., 19th Floor<br>Los Angeles, California 90067<br>Phone: (310) 553-3000<br>Fax:     (310) 843-2661<br><br>*Attorneys for Harvey A. Bookstein, a California Accountancy Corporation, Harvey A. Bookstein, an individual, HAR-Airport, LLC, HAR-San Jacinto Partners, LLC, HAR-Bronson Diversified, LLC, and HAR-SJS Partner, LLC* |

**ORDER**

**IT IS SO ORDERED.**

DATED this ___ 12th day of November, 2013

*signature*

UNITED STATED DISTRICT JUDGE